1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                          EASTERN DISTRICT OF CALIFORNIA

7

8    EDGAR CHAVEZ GUTIERREZ,                    1:25-cv-01091-SAB (PC)

9                    Plaintiff,

10          v.                                  ORDER TO SUBMIT APPLICATION
                                                TO PROCEED IN FORMA PAUPERIS
11   WAISH, et al.,                             OR PAY FILING FEE WITHIN 45 DAYS

12                   Defendants.

13

14          Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C.

15   § 1983.  Plaintiff has not paid the $405.00 filing fee, or submitted an application to proceed in

16   forma pauperis pursuant to 28 U.S.C. § 1915.

17          Accordingly, IT IS HEREBY ORDERED that:

18          Within forty-five (45) days of the date of service of this order, plaintiff shall submit the

19   attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay

20   the $405.00 filing fee for this action.  **No requests for extension will be granted without a**

21   **showing of good cause**.  **Failure to comply with this order will result in dismissal of this**

22   **action.**

23

24   IT IS SO ORDERED.

25   Dated:   __September 2, 2025__          _____

26                                          STANLEY A. BOONE
                                            United States Magistrate Judge
27

28

                                                1