UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR CHAVEZ GUTIERREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>WAISH, et al.,<br><br>    Defendants. | No.  1:25-cv-01091-KES-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION AND DISMISSING ACTION<br><br>Doc. 7 |

      Plaintiff is proceeding pro se in this action filed pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On November 21, 2025, the assigned magistrate judge issued findings and recommendations, recommending this action be dismissed without prejudice for plaintiff's failure to prosecute and failure to comply with a court order.  Doc. 7.  The findings and recommendations were served on plaintiff and contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  *Id*. at 3.  The findings and recommendations were returned as undeliverable on December 3, 2025.  Nevertheless, the Court's service is deemed fully effective pursuant to Local Rule 182(f).[1]  Plaintiff has not filed

---

[1] Local Rule 182(f) provides that a party appearing pro se is "under a continuing duty to notify the Clerk and all other parties of any change of address . . . Absent such notice, service of

1

objections and the time to do so has expired.  *See* docket.

In accordance with 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case.  Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations, issued on November 21, 2025, Doc. 7, are adopted in full;

2. This action is dismissed without prejudice for plaintiff's failure to prosecute and failure to obey a court order; and

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   December 19, 2025

_____
UNITED STATES DISTRICT JUDGE

---

documents at the prior address … shall be fully effective."

2